UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Defendant. | Case No. 18-cv-07560-HSG  (PR)<br><br>**JUDGMENT** |

　　　　For the reasons set forth in this Court's Order of Dismissal, a judgment of dismissal without prejudice is entered.

　　　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/28/2019

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge