UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT,<br><br>    Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 18-cv-07560-HSG<br><br>**ORDER GRANTING REQUEST TO REOPEN CASE; VACATING ORDER OF DISMISSAL; AND REOPENING CASE**<br><br>Dkt. No. 6 |

This *pro se* action was dismissed without prejudice due to Plaintiff's failure to pay the filing fee or submit an application to proceed *in forma pauperis*. *See* Dkt. Nos. 3 and 4. Plaintiff has now filed an application to proceed *in forma pauperis*, and a request to reopen the case. *See* Dkt. Nos. 6 and 7. Plaintiff's request to reopen the case is GRANTED. Dkt. No. 6. The Order of Dismissal and Judgment (Dkt. Nos. 3 and 4) are VACATED and this case is REOPENED. The Court will screen the complaint in a separate order.

This order terminates Dkt. No. 6.

**IT IS SO ORDERED.**

Dated: 2/27/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge