UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY V. REMMERT,

    Plaintiff,

v.

PEOPLE OF THE STATE OF CALIFORNIA,

    Defendant.

Case No. 18-cv-07560-HSG

**ORDER OF DISMISSAL**

Plaintiff, an inmate at California Institute for Women, has filed the instant *pro se* action appealing the California Supreme Court's October 10, 2018 order in *In re Remmert*, C No. S250656, which denied her petition for review of the California appellate court's denial of her request to represent herself on appeal. Dkt. No. 1. This Court lacks subject matter jurisdiction to review the California Supreme Court's decision. Lower federal courts are without subject matter jurisdiction to review state court decisions, and state court litigants may therefore only obtain federal review of a state court decision by filing a petition for a writ of certiorari in the Supreme Court of the United States. *See District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 486–87 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 416 (1923); *Mothershed v. Justices*, 410 F.3d 602, 606 (9th Cir. 2005). Accordingly, this action is DISMISSED for lack of jurisdiction. All pending motions are DENIED as moot. The Clerk shall enter judgment in favor of Defendant and close the file.

    **IT IS SO ORDERED.**

Dated: 2/27/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge