UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT,<br><br>    Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 18-cv-07560-HSG<br><br>**JUDGMENT** |

The Court has dismissed the instant action for lack of jurisdiction. Judgment shall be entered in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 2/27/2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge