UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY V. REMMERT,<br><br>    Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 18-cv-07560-HSG<br><br>**ORDER DENYING MOTION TO STRIKE RELIEF REQUESTED**<br><br>Re: Dkt. No. 14 |

On February 27, 2019, the Court dismissed this action for lack of subject matter jurisdiction and entered judgment in favor of Defendant. Dkt Nos. 12 and 13. Since then, Plaintiff's motion to strike the relief requested was docketed with this Court. Dkt. No. 14. This relief requested by this motion would not establish subject matter jurisdiction. Accordingly, this case remains CLOSED and Plaintiff's motion is DISMISSED as moot. No further filings will be accepted in this case.

**IT IS SO ORDERED.**

Dated: 3/6/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge